IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-19-RLV-DCK

| | |
|---|---|
| THE FAIRFIELD PROCESSING CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| JS FIBER CO., INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) concerning Thomas J. Mango, Esq. filed February 13, 2012. Mr. Mango seeks to appear as counsel *pro hac vice* for Plaintiff, The Fairfield Processing Corporation.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Mango is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff, The Fairfield Processing Corporation.

Signed: February 13, 2012

David C. Keesler
United States Magistrate Judge