# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:12-CV-19-RLV-DCK

| | | |
|---|---|---|
| THE FAIRFIELD PROCESSING CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| JS FIBER CO., INC., | ) ) | |
| Defendant. | ) ) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning Michael J. Rye, Esq. filed February 13, 2012. Mr. Rye seeks to appear as counsel *pro hac vice* for Plaintiff, The Fairfield Processing Corporation.

  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Rye is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff, The Fairfield Processing Corporation.

Signed: February 13, 2012

David C. Keesler
United States Magistrate Judge